## CLEVELAND, C., C. & ST. L. RY. CO. v. SAUNDERS.

(Circuit Court of Appeals, Seventh Circuit.   January 10, 1895.)

### No. 132.

Error to the Circuit Court of the United States for the Southern District of Illinois.

John T. Dye, for appellant.

B. S. Organ, for appellee.

Dismissed, per stipulation of counsel.

---

## DAVIS & RANKIN BLDG. & MANUF'G CO. v. DRIVER.

(Circuit Court of Appeals, Seventh Circuit.   January 18, 1895.)

### No. 54.

Error to the Circuit Court of the United States for the District of Indiana.

Geo. Shirts, for plaintiff in error.

Claypool & Claypool, for defendant in error.

Dismissed, per stipulation of counsel.

---

## INDUSTRIAL LAND DEVELOPMENT CO. v. HUNTER.

(Circuit Court of Appeals, Third Circuit.   August 6, 1895.)

Error to the Circuit Court of the United States for the District of New Jersey.

No opinion.   Docketed and dismissed, pursuant to the sixteenth rule.

---

## JOHNSON v. OLSEN.

(Circuit Court of Appeals, Seventh Circuit.   February 23, 1895.)

### No. 212.

Appeal from the Circuit Court of the United States for the District of Indiana.

No opinion.   Dismissed, pursuant to the twenty-third rule, for failure to print record.

---

## LEETE v. NONESUCH FIBRE CO. et al.

(Circuit Court of Appeals, Third Circuit.   September 17, 1895.)

Appeal from the Circuit Court of the United States for the District of Delaware.

J. H. Hoffecker, Jr., for appellant.

Dismissed, on motion of counsel for appellant, at costs of appellant.